UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE JONES, | 1:05-cv-01277-OWW-SMS-P |
| Plaintiff, | **ORDER** REQUIRING COMPLIANCE WITH SEPTEMBER 28, 2006 COURT ORDER |
| vs. | |
| M. BRIGGS, et al., | |
| Defendants. | |

Monroe Jones ("Plaintiff"), proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 4, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. Plaintiff has filed objections to the Magistrate Judge's Findings and Recommendation. Plaintiff filed objections January 29, 2007.

//

/

1

1       In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court will extend one last opportunity for
5  Plaintiff to submit an application to proceed in forma pauperis
6  or pay the filing fee, based on his claim he did not receive the
7  court's September 26, 2006, order to do so. Such application
8  shall be filed or payment of the filing fee shall be made on or
9  before March 15, 2007.  Failure to do so will result in dismissal
10 of this case.
11      Accordingly, IT IS ORDERED:
12      1.   The Findings and Recommendation, filed January 4, 2007,
13 are not ADOPTED; and,
14      2.   Plaintiff shall file his in forma pauperis application
15 or pay the filing fee in this case on or before March 15, 2007
16 failure to so will result in dismissal of this case.

IT IS SO ORDERED.

**Dated:   February 25, 2007**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE