IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONROE JONES, | ) | 1:05-CV-1277 LJO SMS PC |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT |
| M. BRIGGS, et al., | ) | STATEMENT **OR** PAY FILING FEE |
| | ) | |
| Defendants. | ) | CLERK'S OFFICE ORDERED TO SEND APPLICATION TO PROCEED IN |
| _____ | ) | FORMA PAUPERIS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2007, the court ordered plaintiff to submit an application to proceed in forma pauperis or pay the $250.00 filing fee. On March 15, 2007, plaintiff submitted an application to proceed in forma pauperis. However, plaintiff's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, plaintiff has not submitted a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915.

Due to the fact that plaintiff has had a change of address and may not have

1

received the court's previous order, plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 21, 2007**          /s/ Sandra M. Snyder
b6edp0                               UNITED STATES MAGISTRATE JUDGE