# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE JONES,       Plaintiff,     vs.  M. BRIGGS, et al.,       Defendants. | 1:05-cv-01277-LJO-SMS-PC  ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE  ORDER FOR CLERK TO CLOSE CASE |

Plaintiff Monroe Jones ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 12, 2008, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in forma pauperis, vacated its order granting plaintiff leave to proceed in forma pauperis, and ordered plaintiff to pay the $250.00 filing fee for this action in full within thirty days. More than thirty days have passed and plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $250.00 filing fee.

IT IS SO ORDERED.

**Dated:   December 23, 2008**           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE